FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT
JUN 13 2018
PER ___ DQ
DEPUTY CLERK

(1) __Roscoe Chambers__  __13495-030__
   (Name of Plaintiff)   (Inmate Number)

__USP Lewisburg P.O.BOX 1000 Lewisburg PA 17837__
(Address)

(2) _____  _____
   (Name of Plaintiff)   (Inmate Number)

_____
(Address)

3: CV 18-1207
(Case Number)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

CIVIL COMPLAINT

(1) __Warden David J. EBBERT__
(2) __C/O J Stouds__
(3) __Lt B White__
(Names of Defendants)

RECEIVED
WILLIAMSPORT
JUN 13 2018

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   __5:17-CV-01530-MWF Kes, 3:17-CV-00996-JPG-RJD, 5:17-CV-__
   __02564-MWF, Kes, several others I don't know the #__
   __3:18-CV-1009-RDM-JFS, 7:17-CV-00196-KKC__
   __6:17-CV-00256-KKC__

1

In the United States District Court
for the Middle district of Pennsylvania

Each named party must be
numbered and all names must be
printed or typed.
All parties names must appear on
the Cover pursuant to civil procedure (10)

Defendants

4) Lt A Scott

5) Counselor Diltz

6) #1 C/o Gonsar

7) Lt Scampone

page 1 A

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ✓ No

C. If your answer to "B" is Yes:

1. What steps did you take? I ask counselor for Bp-8 He refuse to give me one

2. What was the result? Hindering my rights to exhaust Administration Remedy pursuant to 28, CFR 542.10-18

D. If your answer to "B" is No, explain why not: Staff refuse to give me grievance

III. **DEFENDANTS**

(1) Name of first defendant: WaRDen David J. EBBert
   Employed as Warden at USP Lewisburg
   Mailing address: 2400 Robert F. Miller Drive, USP Lewisburg PA 17837

(2) Name of second defendant: J. Stouds
   Employed as Correctional officers at USP Lewisburg
   Mailing address: 2400 Robert F. Miller Dr, USP Lewisburg, PA 17837

(3) Name of third defendant: B White
   Employed as Lieutenant at USP Lewisburg
   Mailing address: 2400 Robert F. Miller Dr, USP Lewisburg PA 17837

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Warden David J. EBBert order to stouds and Lt B white to assault me while I was handcuff behind my back to retaliate for me filing a civil complaint on him and 2241

2

III  4) Name of fourth defendant: A scott
Employed as Lieutenant at USP Lewisburg
Mailing address: 2400 Robert F. Miller Dr. USP Lewisburg PA 17837

5) Name of fifth defendant: Mr D.ltz
Employed as Counsel at USP Lewisburg
Mailing address: 2400 Robert F. Miller Dr. USP Lewisburg PA 17837

6) Name of sixth defendant: Gonsar
Employed as #1 correctional officer at USP Lewisburg
Mailing address: 2400 Robert F. Miller Dr. USP Lewisburg PA 17837

7) Name of seventh defendant: Scampone
Employed as Lieutenant at USP Lewisburg
Mailing address: 2400 Robert F. Miller Dr. USP Lewisburg PA 17837

page 2A

On June 8, 2018 my Neck is fracture and my back

2. C/O J stoud assaulted me He grab me from behind and slammed me on my neck and Head while I was handcuff and Kept Kneeing me in my testicles to retaliate for me filing a civil complaint against the warden and Co-workers

3. Lt B White was aware of several C/O's including C/o stouds threatening me and he help them assault me on June 8, 2018 he on camera instructing C/o stouds how to assault me, deliberate Indifference to my safety

V. **RELIEF**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the court to file this suit, contact the U.S. Attorney's office so I can file charges, to have all video footage preserved, and the incident report they wrote Expunge; Trying to cover-up their illegal Act

2. I want to be compensate $250,000.00 from each Defendant, I want to be transfered to a camp near Chicago.

3. I want the Court to order me moved imediately before these people Kill me, and have the Internal Affairs and Office of Inspector General Interview me

3

IV. Statement of Claim

4) Lt A scott was told I did not feel comptortable going in the cell with my cellie, because the staff have been denying us showers and Recreation, until he Jumped on me, this Lt, forced me in the room, then made me let them uncuff my cellmate then told him to Jump on me, I was assaulted while handcuff behind my back,

5) Counselor Diltz refuse to move me and my cellie from G Block so we could be denied shower and Rec I told Counselor Diltz I wanted a new cellie I didnt feel safe around this inmate then I was assaulted viciously by this inmate while cuffed behind my back,

6) #18 Gonsar I told this % while I was in restraints I Dont feel safe around my cell, he said I had to go in the room with him or stay in restraints for the whole weekend, when I was forced in the cell % Gonsar told me to let my cellie uncuff first, then he told him to assault me, I was assaulted for a few minutes viciously

7) Lt Scampone, Used his Position to have me transferred **back** to G Block so these staff could continue to harrass and threaten me, I was moved by the Warden on April 7, 2018 He put me in the cell with this guy after I told him Im PC status and dont feel comfortable around this Inmate, then I was assaulted while in handcuffs by this inmate

page 3A

Relief

#4) I request to not be allowed any cellie I cant sleep I am scared I am going to be attacked,

5) I want a restraining order against C/O J Stouds, C/O J Mayor, C/O J Earp, C/O J Hodish, C/O T Bennidict, Lt B White, Lt Scampone, Lt A Scott, C/O P Chappelle, C/O Gronsar, C/O Stablwawki, Counselor Diltz

Page 3A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 10th day of June, 2018.

Roscoe Chambers ID#13495-030
(Signature of Plaintiff)

4

Inmate Name: Roscoe Chambers
Register Number: 13495-036
United States Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

JUN 11 2018

Peter Welsh, Clerk of Court
United States District Court
Middle District of Pennsylvania
United States Courthouse, Suite 218
240 West Third Street
Williamsport, PA 17701

Legal Mail