# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| ROSCOE CHAMBERS, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 3:18-cv-01207 |
| v. | (MARIANI, J.)<br>(SAPORITO, M.J.) |
| WARDEN DAVID J. EBBERT,<br>et al., | |
| Defendants. | |

## ORDER

AND NOW, this 18th day of December, 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff's *pro se* "Objection to Magistrate Judge Order Granting Defendants Enlargement of Time" (Doc. 18) is **DENIED** to the extent it may be liberally construed as motion for reconsideration;

2. The plaintiff's *pro se* "Objection" (Doc. 18) is **DENIED** to the extent it may be liberally construed as a motion for recusal; and

3. The Clerk is directed to re-docket the plaintiff's "Objection" (Doc. 18) also as an Appeal of Magistrate Judge Decision to District Court with respect to our Order granting the defendants a 60-day extension of

time to respond to the complaint (Doc. 16).

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge