# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSCOE CHAMBERS,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN DAVID J. EBBERT,<br>et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:18-cv-01207<br><br>(MARIANI, J.)<br>(SAPORITO, M.J.) |

## ORDER

AND NOW, this 14th day of January, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the plaintiff's motion for summary judgment (Doc. 33) shall be **STRUCK** from the record as premature and improperly filed, without prejudice to the plaintiff's right to file an appropriate motion for summary judgment after discovery is complete or a motion for default judgment at such time when the prerequisite entry of default has been entered against one or more defendants under Fed. R. Civ. P. 55(a).

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge